UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY 10-47910 |
| Newport Investments, LLC, | Chapter 11 Case |
| Debtor. | |

**NOTICE OF CONTINUED HEARING**

TO: The parties-in-interest as specified in Local Rule 9013-(a)(1).

PLEASE TAKE NOTICE that the final hearing on the Motion for Orders (I) Granting Expedited Relief; and (II) Authorizing Use of Cash Collateral on an Interim and Final Basis, which was scheduled for November 17, 2010,. has been continued until **November 24, 2010, at 9:00 a.m.** in Courtroom 8 West at the United States Courthouse, 300 South Sixth Street, Minneapolis, MN

Dated: November 15, 2010  */s/ Clinton E. Cutler*
Clinton E. Cutler (#158094)
Cynthia A. Moyer (#211229)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis MN 55402
(612) 492-7000
(612) 492-7077  fax

Attorneys for Debtor

4833934_1.DOC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 10-47910 |
| Newport Investments, LLC, | Chapter 11 Case |
| Debtor. | |
| In re: | Case No. 10-47911 |
| Forest Lake Apartments Housing Associates, LLC, | Chapter 11 Case |
| Debtor. | |

## CERTIFICATE OF SERVICE

Cynthia A. Moyer, under penalty of perjury, states that on November 15, 2010, she caused to be served the following in each of the above-referenced cases:

1. Notice of Continued Hearing
2. Stipulation for Further Interim Use of Cash Collateral and
3. Proposed Order

by sending true and correct copies to the parties as listed on the attached service list via the method indicated (ECF or U.S. Mail).

Dated: November 15, 2010          */s/ Cynthia A. Moyer*
                                  Cynthia A. Moyer

4833798

Newport Investments, LLC - Bky No. 10-47910
Forest Lake Apartments Housing Associates, LLC - Bky No. 10-47911
Service List
Served via U.S. Mail, except those parties whose contact information includes an e-mail address were served via CM/ECF or e-mail.

### US Trustee and Other Required Parties

U.S. Trustee's Office
1015 US Courthouse
300 S Fourth St
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Michael Fadlovich
1015 US Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
michael.fadlovich@usdoj.gov

IRS District Counsel
380 Jackson St, Ste 650
St Paul MN 55101-4804

Internal Revenue Service
Wells Fargo Place
30 E 7th St, Mail Stop 5700
St Paul MN 55101

MN Department of Revenue
Collection Enforcement
551 Bankruptcy Section
600 North Robert Street
PO Box 64447
St Paul MN 55101-2228

US Attorney
600 US Courthouse
300 S Fourth St
Minneapolis MN 55415

Minnesota Department of Economic Security
332 Minnesota Street
St. Paul MN 55101-1351

### Debtors

Forest Lake Apts Housing Assoc, LLC
3853 Central Ave NE
Minneapolis, MN 55421

---

Hyder R. Jaweed
3 Blue Spruce Court
North Oaks, MN 55127

Newport Investments, LLC
3853 Central Ave NE
Minneapolis, MN 55421

### Debtors' Creditors

Commerce Bank
7650 Edinborough Way, #150
Edina, MN 55435

City of Forest Lake
220 N. Lake Street
Forest Lake, MN 55025

Bank Mutual
4949 W. Brown Deer Rd
P.O. Box 245034
Milwaukee WI 53224-9534

Qwest
100 S 5th Street
Suite 1075
Minneapolis, MN 55402

Walters
P.O. Box 67
Circle Pines, MN 55014

Washington County
14949 62nd St. N.
P.O. Box 200
Stillwater, MN 55082-0200

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477

City of Newport
596 7th Street
Newport, MN 55055

Integra Telecom
1201 N.E. Lloyd Blvd
Suite 500
Portland, OR 97232-1259

Rent.com
Dept. 1987
P.O. Box 1987
Los Angeles, CA 90084-1987

### Other Interested Parties

Nell E. Matthews
Lindquist & Vennum
4200 IDS Center,
80 S. 8th St.
Minneapolis, MN 55402-2274
nmathews@lindquist.com

Richard G. Jensen
Fabyanske, Westra, Hart & Thomson, P.A.
800 Lasalle Ave.
Suite 1900
Minneapolis, MN 55402
rgjensen@fwhtlaw.com