| **DEBTOR:** | Newport Investments LLC | **MONTHLY OPERATING REPORT** |
|---|---|---|
| | | **CHAPTER 11** |
| **CASE NUMBER:** | 10-47910 | |

# Form 2-A
# COVER SHEET

For Period Ending: November 30, 2010

**Accounting Method:** ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 12/21/2010   **Print Name:** Dee Wahl

**Signature:** *Dee Wahl*

**Title:** Carlson Advisors, LLC, Accountant

Rev. 01/01/08

**DEBTOR:** Newport Investments LLC     **CASE NO:** 10-47910

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/25/10 to 11/30/10

### CASH FLOW SUMMARY

|  | Current Month | Accumulated |
|---|---:|---:|
| **1. Beginning Cash Balance** | $ 0.00 (1) | $ 0.00 (1) |
| **2. Cash Receipts** | | |
|    Operations | 29,257.00 | 29,257.00 |
|    Sale of Assets | 0.00 | 0.00 |
|    Loans/advances | 0.00 | 0.00 |
|    Other NSF Check Returned | 0.00 | 0.00 |
|    Transfer from Savings #3002781 | 3,464.00 | 3,464.00 |
|    Total Cash Receipts | $ 32,721.00 | $ 32,721.00 |
| **3. Cash Disbursements** | | |
|    Operations | 3,716.88 | 3,716.88 |
|    Debt Service/Secured loan payment | 14,650.00 | 14,650.00 |
|    Professional fees/U.S. Trustee fees | 0.00 | 0.00 |
|    Other NSF Check Returned | 0.00 | 0.00 |
|    Total Cash Disbursements | $ 18,366.88 | $ 18,366.88 |
| **4. Net Cash Flow** (Total Cash Receipts less Total Cash Disbursements) | 14,354.12 | 14,354.12 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 14,354.12 (2) | $ 14,354.12 (2) |

### CASH BALANCE SUMMARY

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 0.00 |
| DIP Operating Account | Commerce Bank #2005825 | 14,354.12 |
| DIP State Tax Account | Commerce Bank #2005833 | 0.00 |
| DIP Payroll Account | | 0.00 |
| Other Operating Account | | 0.00 |
| Other Interest-bearing Account | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 14,354.12 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
   *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

DEBTOR: Newport Investments LLC  CASE NO: 10-47910

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/25/2010 to 11/30/2010

**CASH RECEIPTS DETAIL**  **Account No:** #2005825
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---:|
| 11/12/2010 | M Holmes | Rent | $ 740.00 |
| 11/12/2010 | D Krahn | Rent | 800.00 |
| 11/12/2010 | B Young | Rent | 655.00 |
| 11/12/2010 | M Pledger | Rent | 655.00 |
| 11/12/2010 | G Branktner | Rent | 750.00 |
| 11/12/2010 | M Holmes | Rent | 25.00 |
| 11/12/2010 | R Geda | Rent | 730.00 |
| 11/12/2010 | W Shoup | Rent | 620.00 |
| 11/12/2010 | G Pearson | Rent | 695.00 |
| 11/12/2010 | J Throener | Rent | 740.00 |
| 11/12/2010 | J Hellerman | Rent | 705.00 |
| 11/12/2010 | R Barrett | Rent | 655.00 |
| 11/12/2010 | M AkohOnoja | Rent | 590.00 |
| 11/12/2010 | A. Hopan | Rent | 655.00 |
| 11/12/2010 | S Berke | Rent | 400.00 |
| 11/12/2010 | S Berke | Rent | 100.00 |
| 11/12/2010 | D Gardner | Rent | 775.00 |
| 11/12/2010 | TC Bertheaume | Rent | 810.00 |
| 11/12/2010 | S Thiery | Rent | 730.00 |
| 11/12/2010 | C Uruh | Rent | 600.00 |
| 11/12/2010 | D Bauer | Rent | 585.00 |
| 11/12/2010 | E Weiler | Rent | 715.00 |
| 11/12/2010 | B Ingeman | Rent | 400.00 |
| 11/12/2010 | D Vang | Rent | 740.00 |
| 11/12/2010 | K Fillion | Rent | 775.00 |
| 11/12/2010 | S Waindim | Rent | 120.00 |
| 11/12/2010 | S Waindim | Rent | 500.00 |
| 11/12/2010 | M Dohah | Rent | 200.00 |
| 11/12/2010 | M Domah | Rent | 500.00 |
| 11/12/2010 | P Sanchz | Rent | 500.00 |
| 11/12/2010 | P Sanchz | Rent | 215.00 |
| 11/12/2010 | C Christinason | Rent | 500.00 |
| 11/12/2010 | C Christinason | Rent | 100.00 |
| 11/12/2010 | K Schulties | Rent | 350.00 |
| 11/12/2010 | K Schulties | Rent | 350.00 |
| 11/12/2010 | J Hetchler | Rent | 715.00 |
| | | **Total Cash Receipts** | $ 19,695.00 (1) |

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

**DEBTOR:** Newport Investments LLC   **CASE NO:** 10-47910

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/25/2010 to 11/30/2010

**CASH RECEIPTS DETAIL**  **Account No:** #2005825
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---:|
| 11/22/2010 | L Damm | Rent | $ 667.00 |
| 11/22/2010 | L Xiong | Rent | 695.00 |
| 11/22/2010 | S DeRoche | Rent | 655.00 |
| 11/22/2010 | D Ruiz | Rent | 374.00 |
| 11/22/2010 | M Balroop | Rent | 740.00 |
| 11/12/2010 | G Townsend | Rent | 100.00 |
| 11/12/2010 | G Townsend | Rent | 500.00 |
| 11/12/2010 | B Weiler | Rent | 74.00 |
| 11/12/2010 | Jones/McClellon | Rent | 670.00 |
| 11/12/2010 | M Williams | Rent | 300.00 |
| 11/12/2010 | J George | Rent | 775.00 |
| 11/12/2010 | S Orepekan | Rent | 500.00 |
| 11/12/2010 | S Orepekan | Rent | 50.00 |
| 11/22/2010 | K Williams | Rent | 671.00 |
| 11/22/2010 | K Cook | Rent | 775.00 |
| 11/22/2010 | M Williams | Rent | 100.00 |
| 11/22/2010 | S Berke | Rent | 315.00 |
| 11/22/2010 | D Perkins | Rent | 936.00 |
| 11/22/2010 | D Perkins | Rent | 25.00 |
| 11/22/2010 | M Williams | Rent | 340.00 |
| 11/22/2010 | M Williams | Rent | 300.00 |

**Total Cash Receipts**   $ 9,562.00 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** Newport Investments LLC  **CASE NO:** 10-47910

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/25/10 to 11/30/10

**CASH DISBURSEMENTS DETAIL**  **Account No:** #2005825
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 11/11/10 | | Farmers Insurance | Insurance | 2,205.38 |
| 11/12/10 | | City of Newport | License Fee | 768.00 |
| 11/15/10 | | S Jarvis | Refund Tenant Deposit | 743.50 |
| 11/20/10 | | Commerce Bank | Loan Payment | 14,650.00 |

**Total Cash Disbursements** $ 18,366.88 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

| DEBTOR: | Newport Investments LLC | CASE NO: | 10-47910 |

## Form 2-C
## COMPARATIVE BALANCE SHEET
**For Period Ended:** _____

|  | Current Month | Petition Date (1) |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets: | | |
|   Cash (from Form 2-B, line 5) | $ 14,354.12 | $ 0.00 |
|   Accounts Receivable (from Form 2-E) | 7,643.00 | 1,470.00 |
|   Receivable from Officers, Employees, Affiliates | 0 | 0.00 |
|   Inventory | 0 | 0.00 |
|   Other Current Assets :(List)    Seized Bank Accounts | 14,010.70 | 17,474.70 |
|    | 0 | 0.00 |
|   Total Current Assets | $ 36,007.82 | $ 18,944.70 |
| Fixed Assets: | | |
|   Land | $ 0 | $ 0 |
|   Building | 3,700,000.00 | 3,700,000.00 |
|   Equipment, Furniture and Fixtures, Vehicle | 26,442.00 | 26,442.00 |
|   Total Fixed Assets | 3,726,442.00 | 3,726,442.00 |
|   Less: Accumulated Depreciation | ( 0 ) | ( 0 ) |
|   Net Fixed Assets | $ 3,726,442.00 | $ 3,726,442.00 |
| Other Assets (List): | 0 | 0 |
|    | 0 | 0 |
| **TOTAL ASSETS** | $ 3,762,449.82 | $ 3,745,386.70 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): | 0 | 0 |
|    | 0 | 0 |
|   Total Post Petition Liabilities | $ 0 | $ 0 |
| Pre Petition Liabilities: | | |
|   Secured Debt | 2,873,433.50 | 2,873,433.50 |
|   Priority Debt | 0.00 | 0.00 |
|   Unsecured Debt | 374,947.02 | 374,947.02 |
|   Total Pre Petition Liabilities | $ 3,248,380.52 | $ 3,248,380.52 |
| **TOTAL LIABILITIES** | $ 3,248,380.52 | $ 3,248,380.52 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 497,006.18 | $ 497,006.18 |
| Retained Earnings - Prepetition | 0 | 0 |
| Retained Earnings - Post-petition | 17,063.12 | 0 |
| **TOTAL OWNERS' EQUITY** | $ 514,069.30 | $ 497,006.18 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 3,762,449.82 | $ 3,745,386.70 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

**DEBTOR:** Newport Investments LLC        **CASE NO:** 10-47910

# Form 2-D
# PROFIT AND LOSS STATEMENT
For Period 10/25/10 to 11/30/10

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 37,685.00 | $ 37,685.00 |
| Less: Discounts, Returns and Allowances | ( 0.00 ) | ( 0 ) |
| **Net Operating Revenue** | $ 37,685.00 | $ 37,685.00 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 37,685.00 | $ 37,685.00 |
| Operating Expenses | | |
|   Officer Compensation | $ 0 | $ 0 |
|   Selling, General and Administrative | 0 | 0 |
|   Rents and Leases (Caretaker and Mgr Rent Credit) | 2,255.00 | 2,255.00 |
|   Depreciation, Depletion and Amortization | 0 | 0 |
|   Other (list): Tenant Deposit Refunds | 743.50 | 743.50 |
|     Insurance | 2,205.38 | 2,205.38 |
|     License | 768.00 | 768.00 |
| **Total Operating Expenses** | $ 5,971.88 | $ 5,971.88 |
| **Operating Income (Loss)** | $ 31,713.12 | $ 31,713.12 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | -14,650.00 | -14,650.00 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ -14,650.00 | $ -14,650.00 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0 | $ 0 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 17,063.12 | $ 17,063.12 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 17,063.12 | $ 17,063.12 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Newport Investments LLC      **CASE NO:** 10-47910

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:** 10/25/10 to 11/30/10

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
|   Federal | $ 0 | $ 0 | 0 | | $ | 0.00 |
|   State | 0 | 0 | 0 | | | 0.00 |
| FICA Tax Withheld | 0 | 0 | 0 | | | 0.00 |
| Employer's FICA Tax | 0 | 0 | 0 | | | 0.00 |
| Unemployment Tax | | | | | | |
|   Federal | 0 | 0 | 0 | | | 0.00 |
|   State | 0 | 0 | 0 | | | 0.00 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0.00 |
| Property Taxes | 4,764.00 | 0 | 0 | | | 4,764.00 |
| Accrued Income Tax: | | | | | | |
|   Federal | 0 | 0 | 0 | | | 0.00 |
|   State | 0 | 0 | 0 | | | 0.00 |
|   Other: | 0 | 0 | 0 | | | 0.00 |
| **TOTALS** | $ 4,764.00 | $ 0 | $ 0 | | $ | 4,764.00 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | Mid Century | $ 1,000,000/2,000,000 | 4/1/11 | 1/15/11 |
| Property (Fire, Theft) | Mid Century | $ 4,664,000 | 4/1/11 | 1/15/11 |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| | | $ | | $ |

**DEBTOR:** Newport Investments LLC  **CASE NO:** 10-47910

# Form 2-E
## SUPPORTING SCHEDULES
For Period: 10/25/2010 to 11/30/2010

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 6,173.00 | $ 6,173.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 6,173.00 | |
| **Pre Petition Amounts** | 1,470.00 | |
| Total Accounts Receivable | $ 7,643.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 7,643.00 | |
| **Total Post Petition Accounts Payable** | | $ 6,173.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 37,500.00 | $ 0 | $ 0 | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: _____ | 0 | 0 | 0 | | 0 |
| Total | $ 37,500.00 | $ 0 | $ 0 | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/08

**DEBTOR:** Newport Investments LLC      **CASE NO:** 10-47910

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended: 11/30/2010

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 | $ | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 | $ | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 | $ | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | $ | | |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** Newport Investments LLC      **CASE NO:** 10-47910

# Form 2-G
# NARRATIVE
## For Period Ending 11/30/2010

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

> We have selected Cash Basis method of accounting, as we have not been provided information about all the invoices and expenses from the debtor. The gross operating revenues on Form 2-D do however reflect uncollected rents, calculated from the rent rolls but not confirmed by the debtor. A transfer from an unknown savings account was credited to the operating account in the amount of $3,464. It was recorded as a reduction of other assets - accounts seized by the bank. We will confirm the origination of this credit for the next reporting. Expenses for caretaker, maintenance and manager are provided by a rent credit which is listed as an operating expense. Telephone, electric and water expense invoices had not been provided by the vendors at the time of the preparation of this report. The debtor anticipates that they will be available for the next reporting. Fees for legal and accounting were invoiced and dated in December and will be reported in the subsequent month as paid. The debtor indicated that the property tax escrow was made after the month end and will be reflected in the next month reporting.



```
                                321 00002 00                    PAGE:     1
                                ACCOUNT:          2005825    11/30/2010
                                DOCUMENTS:              8
```

PO Box 149, Geneva, MN 56035 (507) 256-7235
PO Box 398048, Edina, MN 55439 (952) 841-9750
www.CommerceBankMN.com

```
                ESTATE OF NEWPORT INVST LLC
                CHAPTER 11 DEBTOR IN POSSESS
                GENERAL OPERATING ACCOUNT                       30-1
                3 BLUE SPRUCE CT                                  4
                NORTH OAKS MN  55127-2039                         4
```

====================================================================
                SMALL BUS CHECKING ACCOUNT 2005825
====================================================================

```
                                      LAST STATEMENT 11/12/10         .00
MINIMUM BALANCE           14,354.12      5 CREDITS            32,721.00
AVERAGE BALANCE           21,720.43      4 DEBITS             18,366.88
                                      THIS STATEMENT 11/30/10    14,354.12

         - - - - - - - - -  DEPOSITS  - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          11/12     1,916.00          11/12    22,826.00
          11/12     2,969.00          11/22     1,546.00

         - - - - - - - -  OTHER CREDITS  - - - - - - - -
DESCRIPTION                                              DATE         AMOUNT
TRANSFER FROM SAV 3002781 PER BCM                       11/17       3,464.00

         - - - - - - - - -  CHECKS  - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
  1234*11/22    14,650.00     9999*11/26       768.00
  9999*11/17     2,205.38    751257 11/18       743.50
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

         - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
        ************************************************************
        *                          ±   TOTAL FOR    ±    TOTAL       *
        *                          ±  THIS PERIOD   ±  YEAR TO DATE  *
        *-----------------------------------------------------------*
        * TOTAL OVERDRAFT FEES:    ±          .00   ±          .00   *
        *-----------------------------------------------------------*
        * TOTAL RETURNED ITEM FEES:±          .00   ±          .00   *
        ************************************************************
```

                    * * * C O N T I N U E D * * *

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                MEMBER FDIC



PO Box 149, Geneva, MN 56035 (507) 256-7235
PO Box 398048, Edina, MN 55439 (952) 841-9750
www.CommerceBankMN.com

```
                          321 00002 00                PAGE:     2
                          ACCOUNT:         2005825    11/30/2010
                          DOCUMENTS:             8
```

ESTATE OF NEWPORT INVST LLC
CHAPTER 11 DEBTOR IN POSSESS
GENERAL OPERATING ACCOUNT

===========================================================================
                    SMALL BUS CHECKING ACCOUNT 2005825
===========================================================================
                    - - - - - - - DAILY BALANCE - - - - - - - -
DATE.........BALANCE       DATE.........BALANCE       DATE.........BALANCE
11/12       27,711.00      11/18       28,226.12      11/26       14,354.12
11/17       28,969.62      11/22       15,122.12

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          MEMBER FDIC



PO Box 149, Geneva, MN 56035 (507) 256-7235
PO Box 398048, Edina, MN 55439 (952) 841-9750
www.CommerceBankMN.com

```
321 00002 00              PAGE:     1
ACCOUNT:       2005833    11/30/2010
DOCUMENTS:           0
```

ESTATE OF NEWPORT INVST LLC
CHAPTER 11 DEBTOR IN POSSESS
TAX ESCROW ACCOUNT                        30-1
3 BLUE SPRUCE CT                             0
NORTH OAKS MN  55127-2039                    0

==============================================================
                SMALL BUS CHECKING ACCOUNT 2005833
==============================================================

```
                    LAST STATEMENT 11/16/10         .00
                              CREDITS               .00
                               DEBITS               .00
                    THIS STATEMENT 11/30/10         .00
```

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
***************************************************************
*                          ±   TOTAL FOR    ±    TOTAL        *
*                          ±   THIS PERIOD  ±    YEAR TO DATE *
*-------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:    ±        .00     ±         .00     *
*-------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES: ±       .00     ±         .00     *
***************************************************************
```

# Newport Investments LLC Post Petition
# Reconciliation Summary
### Checking 5825, Period Ending 11/30/2010

|  | Nov 30, 10 |  |
|---|---|---|
| **Beginning Balance** |  | 0.00 |
|   Cleared Transactions |  |  |
|     Checks and Payments - 4 items | -18,366.88 |  |
|     Deposits and Credits - 5 items | 32,721.00 |  |
|   Total Cleared Transactions | 14,354.12 |  |
| **Cleared Balance** |  | **14,354.12** |
| **Register Balance as of 11/30/2010** |  | **14,354.12** |
| **Ending Balance** |  | **14,354.12** |

# Newport Investments LLC Post Petition
# Reconciliation Detail
### Checking 5825, Period Ending 11/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 11/11/2010 | | Farmers Insurance | X | -2,205.38 | -2,205.38 |
| Check | 11/12/2010 | | City of Newport | X | -768.00 | -2,973.38 |
| Check | 11/15/2010 | | S Jarvis | X | -743.50 | -3,716.88 |
| Check | 11/20/2010 | | Commerce Bank | X | -14,650.00 | -18,366.88 |
| Total Checks and Payments | | | | | -18,366.88 | -18,366.88 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 11/12/2010 | | | X | 1,916.00 | 1,916.00 |
| Deposit | 11/12/2010 | | | X | 2,969.00 | 4,885.00 |
| Deposit | 11/12/2010 | | | X | 22,826.00 | 27,711.00 |
| General Journal | 11/17/2010 | 32 | | X | 3,464.00 | 31,175.00 |
| Deposit | 11/22/2010 | | | X | 1,546.00 | 32,721.00 |
| Total Deposits and Credits | | | | | 32,721.00 | 32,721.00 |
| Total Cleared Transactions | | | | | 14,354.12 | 14,354.12 |
| **Cleared Balance** | | | | | 14,354.12 | 14,354.12 |
| Register Balance as of 11/30/2010 | | | | | 14,354.12 | 14,354.12 |
| **Ending Balance** | | | | | 14,354.12 | 14,354.12 |